IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. RWT-08-0281 |
| **SAJJAD NAZAR MAHAR** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Defendant, Sajjad Nazar Mahar, through counsel, James Wyda, Federal Public Defender for the District of Maryland, Paula Xinis, Assistant Federal Public Defender, and Lauren E. Case, Staff Attorney, hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this Court on October 19, 2009, including, pursuant to the Bail Reform Act, 18 U.S.C. § 3142 *et seq*. and Federal Rule of Appellate Procedure 9(b), the district court's ruling revoking Mr. Mahar's release conditions.

Respectfully submitted on this 22nd day of October, 2009.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

/s/
_____
PAULA XINIS (#25304)
Assistant Federal Public Defender
LAUREN E. CASE (#23356)
Staff Attorney
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Telephone: (301) 344-0600
Facsimile: (301) 344-0019