**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| v. | * | Case No.: RWT 08cr281 |
| **SAJJAD NAZAR MAHAR,** | * | |
| Defendant. | * | |

***

## MEMORANDUM OPINION AND ORDER

Upon receipt of the Government's "Motion for Forfeiture of Property" [Paper No. 107] filed on December 30, 2009, the Court scheduled a three-hour forfeiture hearing for April 12, 2010, at 9:00 a.m. [Paper No. 110]. In the last month, several forfeiture-related motions have been filed, including a "Motion to Alter Judgment as to Forfeiture" [Paper No. 118] filed by the Government on March 12, 2010; a "Motion Requesting the Appointment of Counsel" [Paper No. 120] filed by Defendant Sajjad Nazar Mahar, by and through his appellate counsel, William Francis Xavier Becker, Esq., on March 24, 2010; and a "Motion To Set Aside Forfeiture" [Paper No. 124] filed by claimant Farhana Mahar on April 7, 2010. Magistrate Judge William Connelly has today granted the "Motion Requesting the Appointment of Counsel" and appointed Michael Lawlor as counsel for Defendant in the forfeiture proceeding [Paper No. 126]. In order to provide Mr. Lawlor time to prepare for the forfeiture hearing, and the Court time to consider the other two recently filed motions, the forfeiture hearing will be rescheduled.

Accordingly, it is on this 8th of April, 2010, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the forfeiture hearing previously scheduled for April 12, 2010, is **CONTINUED**; and it is further

**ORDERED**, that a telephone status conference to be initiated by counsel for the Government is **SCHEDULED** for **April 29, 2010, at 5:00 p.m.** for the purpose of rescheduling the forfeiture hearing, such hearing to include all forfeiture related motions.

                                                          /s/
                                     ROGER W. TITUS
                            UNITED STATES DISTRICT JUDGE