**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND    20770**
  **301-344-0052**

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Sajjad Nazar Mahar*
Criminal Case No. RWT-08-281

DATE: July 25, 2016

\* \* \* \* \* \* \* \* \*

On June 21, 2016, the Defendant, Sajjad Nazar Mahar, was granted permission for international travel to Pakistan for the period of July 6, 2016 to July 28, 2016. On July 19, Defendant Mahar sent to this Court a request for permission to extend his stay an additional thirty (30) days and return to the United States on August 28, 2016. The Court has communicated with Mr. Mahar's probation officer, Kristen A. Disbennett, who does not oppose the request. Accordingly, Defendant's request to extend his international travel to August 28, 2016, is approved.

Despite the informal nature of this ruling, it shall constitute an Order of Court and be docketed accordingly.

/s/
Roger W. Titus
United States District Judge